FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 OCT 12 PM 3: 14

CLERK B. W.
SO. DIST. OF GA.

WHEN RECORDED MAIL TO:

Bonnie Lau
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Blizzard Entertainment, Inc.<br><br>PLAINTIFF(S),<br>v.<br>Alyson Reeves, d/b/a Scapegaming<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 2:09-cv-7621-SVW-AJW<br><br>ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on August 11, 2010

in favor of Plaintiff BLIZZARD ENTERTAINMENT, INC.

whose address is 16215 Alton Parkway, Irvine, CA 92618-3616

and against Defendant ALYSON REEVES, d/b/a SCAPEGAMING, aka "Alyson Rohrs" and "Alyson Noble"

whose last known address is 2612 Westridge Drive, Plano TX 75075

for $ 88,530,939.00      Principal,        $13,762.56   Interest,  $ 0.00         Costs,

and $ 63,600.00       Attorney Fees.

ATTESTED this    1st    day of   September  , 20 10 .

Judgment debtor's driver's license no. and state; TX 18161938          ☐ Unknown.

Judgment debtor's Social Security number; 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            ☐ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Alyson Reeves
2612 Westridge Drive
Plano, TX 75075

CLERK, U. S. DISTRICT COURT

By  _Cowers_
Deputy Clerk

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (06/01)          ABSTRACT OF JUDGMENT/ORDER

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV009266
Cashier ID: lherb
Transaction Date: 10/12/2010
Payer Name: San Franciso Legal Support
------------------------------------------
MISCELLANEOUS PAPERS
 For: San Franciso Legal Support
 Case/Party: D-GAS-4-10-MC-000044-000
 Amount:         $39.00
------------------------------------------
CHECK
 Check/Money Order Num: 69876
 Amt Tendered:   $39.00
------------------------------------------
Total Due:       $39.00
Total Tendered:  $39.00
Change Amt:      $0.00
```